**Skotko Law PLLC**

Anna M. Skotko
Principal
anna@skotkolaw.com

September 12, 2025

The Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, New York 10007

*Via ECF*

      Re:    *United States v. Christine Hunsicker*, 25 Cr. 318 (JPO)
             Request to Adjourn Pretrial Conference

Dear Judge Oetken:

      I represent Defendant Christine Hunsicker in the above-captioned matter. We write to inform the Court that Ms. Hunsicker will not be filing a motion to dismiss the Indictment and to request an adjournment of the next pretrial conference, currently scheduled for November 12, 2025, due to delays in obtaining reviewable discovery materials.

      While we have received and reviewed a small set of documents responsive to our specific requests, there still are voluminous, additional discovery materials that we have been unable to review. For the purposes of obtaining the discovery production, we provided a 5 terabyte (TB) hard drive to the government on August 8, 2025, which was loaded and returned to us on August 25, 2025. At the government's request, we provided a second, 5 TB hard drive on August 26, 2025, which was loaded and returned to us on September 2, 2025. After we were unable to access most of the material on the drives, and following a meeting with the AUSAs on September 9, 2025, we learned that the hard drives may not have been formatted correctly and, accordingly, the records they contained could not be viewed by us. We are in the process of working with the government to obtain reviewable records.

      Because we have not yet been able to access the bulk of the discovery materials in this matter, we respectfully request that the pretrial conference be adjourned to December 11, 2025, approximately four weeks after its originally scheduled date. This is Ms. Hunsicker's first request for an adjournment. The government consents to this request.

Thank you for your time and attention to this matter.

          Respectfully Submitted,

          */s/ Anna Skotko*

          SKOTKO LAW PLLC
          29 Broadway, Floor 31
          New York, NY 10006
          Tel: (646) 396-5251
          anna@skotkolaw.com

          *Counsel for Christine Hunsicker*