

ELLERMAN
ENZINNA
LEVY PLLC

1050 30th Street, NW
Washington, DC 20007
+1.202.753.5553 (o)
+1.202.321.7567 (c)
www.eellaw.com

Michael N. Levy
Partner
mlevy@eellaw.com

June 15, 2026

The Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

*Via ECF*

>Re:  *United States v. Hunsicker*, 25-cr-0318 (JPO)
>     Request to File Objections to PSR and Sentencing Submission Simultaneously

Dear Judge Oetken:

Along with Anna Skotko and Elizabeth Martin, I represent Defendant Christine Hunsicker in the above-captioned matter. Ms. Hunsicker is scheduled to be sentenced on August 20, 2026. We write to request permission to file our objections to the Presentence Investigation Report (the "PSR") on the same date as our sentencing submission, which is due on July 22, 2026. The government takes no position on this request.

Granted.
So ordered:
6/15/2026

_____
J. PAUL OETKEN
United States District Judge



Thank you for your time and attention to this matter.

Respectfully submitted,

/s/ *Michael N. Levy*

Michael N. Levy
Elizabeth L. Martin
ELLERMAN ENZINNA LEVY PLLC
1050 30th Street, NW
Washington, DC 20007
Tel: (202) 753-5553
mlevy@eellaw.com
emartin@eellaw.com

Anna M. Skotko
SKOTKO LAW PLLC
29 Broadway, Floor 31
New York, NY 10006
Tel: (646) 396-5251
anna@skotkolaw.com

*Counsel for Christine Hunsicker*