# EXHIBIT B

Interview of Christine Hunsicker, dated December 8, 2024