# EXHIBIT C

Interview of Christine Hunsicker (excerpt), dated January 9, 2025