# EXHIBIT F

# WILLIAM ANDREW STERLING, M.D. – CURRICULUM VITAE

DATE PREPARED

July 1, 2026

WILLIAM ANDREW STERLING, MD

Telephone: ███████████

Email: ███████████████

ACADEMIC APPOINTMENTS, HOSPITAL APPOINTMENTS, WORK EXPERIENCE

| | |
|---|---|
| December 2025-present | *Queens Forensic Psychiatric Evaluation Court Clinic/New York City Health + Hospitals – Correctional Health Services* |
| | Queens, NY |
| | Forensic Examiner/Physician Specialist |
| December 2021-present | *Private practice* |
| | Brooklyn, NY |
| | Clinical and Forensic Psychiatrist |
| December 2023-November 2025 | *Office of NICS Appeals and Safe Act/New York State Office of Mental Health* |
| | Albany, NY |
| | NICS Appeals evaluator |
| August 2022-November 2025 | *Mid-Hudson Forensic Psychiatric Center/New York State Office of Mental Health* |
| | New Hampton, NY |
| | Attending Psychiatrist/Psychiatrist 2 |
| January 2021-September 2022 | *Northwell Health Behavioral Health Telepsychiatry* |
| | New York, NY |
| | Attending Psychiatrist (Per diem) |
| August 2020-December 2021 | *South Oaks Hospital* |
| | Amityville, NY |
| | Attending Psychiatrist (Per diem) |
| July 2019-April 2022 | *Long Island Jewish Medical Center/Zucker Hillside Hospital* |
| | New Hyde Park, NY |
| | Attending Psychiatrist (Per diem) |

Sterling, William                                                                                                          2

EDUCATION

|  |  |
|---|---|
| August 2013-June 2017 | MD: *SUNY Downstate College of Medicine* <br> Brooklyn, NY |
| August 2005-June 2009 | BA: *New York University* <br> New York, NY |

TRAINING

|  |  |
|---|---|
| July 2021–June 2022 | Forensic Psychiatry Fellowship: *New York University Grossman School of Medicine* <br> New York, NY |
| July 2020-June 2021 | Chief Resident: *Donald & Barbara Zucker School of Medicine at Northwell, Zucker-Hillside Hospital* <br> Glen Oaks, NY |
| July 2017-June 2020 | Residency in General Adult Psychiatry: *Donald & Barbara Zucker School of Medicine at Northwell, Zucker-Hillside Hospital* <br> Glen Oaks, NY |

LICENSURE AND BOARD CERTIFICATION

New York State Medical License: #298497

Board Certified in Psychiatry (September 2021)

Board Certified in Forensic Psychiatry (October 2023)

HONORS AND AWARDS

|  |  |
|---|---|
| June 2021 | Winner "Clinical Science Research" Category – *Donald & Barbara Zucker School of Medicine Academic Competition and Research Symposium* <br> Glen Oaks, NY |
| July 2018-June 2021 | Discovery Pathways Scholar – *Donald & Barbara Zucker School of Medicine at Northwell, Zucker-Hillside Hospital* <br> Glen Oaks, NY |

PROFESSIONAL ORGANIZATIONS

|  |  |
|---|---|
| July 2019-present | *American Psychiatric Association* <br> Member |
| July 2019-present | *American Association of Psychiatry and the Law* <br> Member |
| June 2016-present | *American College of Physicians* |

Sterling, William                                                                                                      3

|  | Member |
| June 2015-June 2016 | *Community Mental Health Journal* |
|  | Peer-reviewer |
| June 2015-June 2016 | *Academic Psychiatry* |
|  | Peer-reviewer |
| June 2015-June 2016 | *Psychiatric Services* |
|  | Peer-reviewer |
| June 2015-June 2016 | *American Journal of Psychiatry* |
|  | Peer-reviewer |

EDUCATIONAL CONTRIBUTIONS

| May 2025-present | *Weill Cornell Medicine – General Psychiatry Residency –* Lecturer on topics of "Mitigation in Criminal Sentencing" and "Fitness for Duty" for PGY3 Residents |
| August 2022-present | *Columbia-Cornell Forensic Fellowship Program/Mid-Hudson Forensic Psychiatric Center –* 10 hours per week of direct supervision of Columbia University Forensic Psychiatry Fellows in forensic evaluation, risk assessment, and reporting |
| January 2021-September 2022 | *Northwell Behavioral Health Telepsychiatry –* 12-24 hours per month of direct clinical supervision of residents and nursing/NP students in emergency psychiatric evaluation and management, and hospital admission |
| July 2021-April 2022 | *Long Island Jewish Medical Center –* 12-48 hours per month of direct clinical supervision of residents and nursing/NP students in emergency psychiatric evaluation and management, and hospital admission |
| July 2020-June 2021 | *Zucker-Hillside Hospital Adult Outpatient Department Behavioral Health Crisis Center –* 8 hours per week of direct clinical supervision of interns and residents in intake assessment for psychiatric outpatients |
| July 2020-June 2021 | *Zucker-Hillside Hospital Residency in General Adult Psychiatry –* 2-4 hours per months of direct clinical supervision of residents in psychiatric interviews |

Sterling, William                                                                                          4

REPORT OF CLINICAL AND PUBLIC HEALTH ACTIVITIES AND
INTERVENTIONS

*Practice or Public Health Activities*

| | |
|---|---|
| December 2025-present | *Queens FPECC* – 3 days per week, evaluating defendants for Competency To Stand Trial pursuant to New York Criminal Procedure Law 730 |
| December 2021-present | *Private Practice* – 2 days per week, treating outpatients with psychiatric issues, using psychopharmacological and psychotherapeutic interventions; perform private evaluations of forensic matters |
| September 2023-November 2025 | *Mid-Hudson Forensic Psychiatric Center* – 3 days per week, served as a forensic evaluator, performed risk assessments on new and existing patients admitted under forensic statuses and patients submitted for treatment over objection; prepared written reports of my findings and testified to my psychiatric opinions in New York courts |
| August 2022-September 2023 | *Mid-Hudson Forensic Psychiatric Center* – 4 days per week, served as Attending Psychiatrist on inpatient unit treating male patients hospitalized pursuant to CPL 330.20 found to have a Dangerous Mental Illness; formulated treatment plans for individuals with psychotic illness with goal of mitigating violence risk |
| January 2021-September 2022 | *Northwell Behavioral Health Telepsychiatry* – 1-3 days per week, evaluated patients in emergency rooms for psychiatric treatment and hospitalizations via telehealth platform |
| July 2021-April 2022 | *Long Island Jewish Medical Center* – 1-3 days per week, performed emergency psychiatric evaluation and management, hospital admissions |
| August 2020-December 2021 | *South Oaks Hospital* – 1-3 days per week, performed evaluations on patients referred to hospital for inpatient psychiatric admission; on-call for emergencies on inpatient psychiatric units |
| July 2020-June 2021 | *Zucker-Hillside Hospital Adult Outpatient Department Behavioral Health Crisis Center* – 1-2 days per month, performed evaluations of walk-in outpatients, initiated psychiatric treatment with follow-up in Adult Outpatient clinic |

Sterling, William                                                                                     5

*Clinical or Public Health Administration Leadership*

July 2020-June 2021          *Donald & Barbara Zucker School of Medicine at Northwell, Zucker-Hillside Hospital* – 5 days per week, served as Ambulatory Chief Resident; worked individually with PGY3 and PGY4 residents (13 residents in each class) to provide clinical supervision, administrative aid working within clinic, guidance managing patient panel and intakes; liaison to non-residency clinic staff regarding resident needs; provided updates to residency leadership about outpatient clinic, and worked on policy with regard to resident outpatient experience; provided supervision to PGY1 and PGY2 residents in form of interview observation/feedback; taught didactics in forensic and other psychiatric topics

PUBLICATIONS

*Peer-reviewed Research Publications in Print*

1. Sterling W, Sobolev M, Van Meter A, Guinart D, Birnbaum M, Rubio J, Kane J. "Digital Technology in Psychiatry: Survey Study of Clinicians." *JMIR Form Res.* 2022; 6-11, e33676.
2. Sterling WA, Wolner Z. "Recurrent Foreign Body Ingestion Following Rapid Methadone Taper: Case Report and Pharmacologic, Ethical, System and Management Issues." *American Journal of Psychiatry Residents' Journal.* 2017; 12:3, 10–12.

*Other Non-Peer-Reviewed Publications in Print*

1. Ernala S, Birnbaum M, Candan K, Sterling WA, Kane J, et al. "Methodological Gaps in Predicting Mental Health States from Social Media: Triangulating Diagnostic Signals." CHI *'19: Proceedings of the 2019 CHI Conference on Human Factors in Computing Systems.* 2019; Issue 134.
2. Sterling WA, Wolner Z, Saunders R, Viswanathan R. "Recurrent Foreign Body Ingestion Following Rapid Methadone Taper: Case Report and Pharmacologic, Ethical, System and Management Issues" *APA IPS: The Mental Health Services Conference* Poster Presentation. October 8, 2016.

Sterling, William                                                                                          6

## PRESENTATIONS

*Grand Rounds*

1. Sterling WA, Wolner Z, Salmieri M, Viswanathan R. "Recurrent Foreign Body Ingestion Following Rapid Methadone Taper: Neurological aspects of self-injury and opioid therapy." *SUNY Downstate Department of Psychiatry* Grand Rounds Presentation. October 26, 2016.