# EXHIBIT H

Elie G. Aoun, M.D.

# CURRICULUM VITAE
# ELIE G. AOUN, M.D.



**DATE OF PREPARATION:**    November 10, 2025

**PERSONAL DATA**

<u>**Name:**</u>    Elie G. Aoun, M.D.

<u>**Contact Information:**</u>    ▮▮▮▮▮▮▮▮▮▮▮▮

New York City, NY, 10004

www.ElieGAounMD.com

▮▮▮▮▮▮▮▮▮▮▮▮

Phone: ▮▮▮▮▮▮▮▮

Fax: ▮▮▮▮▮▮▮▮

<u>**Current Professional Positions:**</u>    General, Addictions and Forensic Psychiatrist

Elie G. Aoun Psychiatry PLLC

Chief of Psychiatry - Psychiatrist III

Secure Treatment and Rehabilitation Center (STARC)

Bridgeview Campus and Oakview Campus

Assistant Professor of Psychiatry

Columbia University College of Physicians and Surgeons

Division of Law, Ethics and Psychiatry

Strategic Advisor for Mental Health and Addiction Services

New Jersey Reentry Corporation

1

**Table of Contents:**

| | Page |
|---|---|
| Academic Appointments | 3 |
| Hospital Appointments | 3 |
| Education | 4 |
| Academic Training | 4 |
| Licensure and Board Certification | 4 |
| Honors and Awards | 5 |
| Academic Service | 6 |
|    American Psychiatric Association | 6 |
|    American Academy of Addiction Psychiatry | 7 |
|    American Academy of Psychiatry and the Law | 8 |
|    American College of Psychiatrists | 8 |
|    American Medical Association | 8 |
|    Columbia/Cornell, Albert Einstein, New York University, Rutgers University Forensic Psychiatry Fellowship Programs Consortium | 8 |
|    Accreditation Council for Graduate Medical Education (ACGME) | 8 |
|    Group for the Advancement of Psychiatry | 8 |
|    Northern California Psychiatric Society | 8 |
|    Rhode Island Psychiatric Society | 9 |
|    Center Alcohol and Addiction Studies, Brown University | 9 |
|    Brown University Psychiatry Residency | 9 |
|    Butler Hospital | 9 |
| Professional Organizations and Societies | 9 |
|    National Organizations and Societies | 9 |
|    Regional Organizations and Societies | 10 |
|    International Organizations and Societies | 10 |
|    Peer Reviewer Journals | 10 |
| Grant Support | 11 |
|    Past Grant Support | 11 |
| Educational and Training Contributions | 11 |
| Publications | 14 |
|    Books | 14 |
|    Original Peer Reviewed Research Publications | 14 |
|    Reviews, Chapters and Editorials | 17 |
|    Abstracts and Poster Presentations | 20 |
|    Press, Interviews and Other Media | 21 |
| Presentations | 26 |
|    National presentations | 26 |
|    Regional Presentations | 30 |

Elie G. Aoun, M.D.

## ACADEMIC APPOINTMENTS

July 2020 – Present      Columbia University College of Physicians and Surgeons, Division of Law, Ethics and Psychiatry - Assistant Professor of Clinical Psychiatry

Sept 2019 – Mar 2020    New York University, Department of Psychiatry - Assistant Professor of Clinical Psychiatry

Jan 2017 - Sept 2019    New York University - Clinical Instructor

Jul 2018 - Jun 2019     Columbia University - Post-Doctoral Research Fellow

## HOSPITAL APPOINTMENTS

Feb 2024 - Present      Secure Treatment and Rehabilitation Center (STARC) – Chief of Psychiatry – Psychiatrist III

Apr 2021- Feb 2024     Secure Treatment and Rehabilitation Center (STARC) - Attending Psychiatrist II

Oct 2019 – Feb 2024    Sex Offender Management and Treatment Liaison Strict and Intensive Supervision (SIST)

Oct 2019 – Apr 2021    Central New York Psychiatric Center (NY) - Attending Psychiatrist

Jan 2017 – Oct 2020    Bellevue Hospital (NY) - Attending Psychiatrist

Jul 2017 - Jun 2018    Mid-Hudson Forensic Psychiatric Center (NY) - House Staff Physician

Jul 2017 - Jun 2018    New York Presbyterian Hospital and Columbia University Medical Center Medical (NY) - House Staff Physician

Jul 2016 - Jun 2017    San Francisco Veterans Administration Medical Center (CA) - House Staff Physician

Jul 2016 - Jun 2017    Kaiser Permanente Medical Center in San Francisco (CA) - House Staff Physician

Jul 2015 - Jun 2016    Eleanor Slater Hospital (RI) - Moonlighting Physician

Jul 2014 - Jun 2016    Eleanor Slater Hospital (RI) - House Staff Physician

Jul 2014 - Jun 2016    Rhode Island Hospital (RI) - Moonlighting Physician

Jul 2012 - Jun 2016    Rhode Island Hospital (RI) - House Staff Physician

Jul 2014 - Jun 2016    Women and Infants Hospital (RI) - Moonlighting Physician

3

Elie G. Aoun, M.D.

Jul 2012 - Jun 2016    Women and Infants Hospital (RI) - House Staff Physician

Jul 2014 - Jun 2016    The Miriam Hospital (RI) - Moonlighting Physician

Jul 2012 - Jun 2016    The Miriam Hospital (RI) - House Staff Physician

Jul 2012 - Jun 2016    Butler Hospital (RI) - House Staff Physician

Jul 2012 - Jun 2016    Bradley Hospital (RI) - House Staff Physician

## EDUCATION

Jul 2006 - Jun 2010    Medical Doctor - American University of Beirut, Beirut, Lebanon

Jul 2003 - Jun 2006    Bachelor of Sciences (Biology) - American University of Beirut, Beirut, Lebanon

## ACADEMIC TRAINING

Jul 2018 - Jun 2019    Fellowship in Forensic Psychiatry Research, Columbia University, NY, NY

Jul 2017 - Jun 2018    Fellowship in Forensic Psychiatry, Columbia University and Cornell University combined program, NY, NY

Jul 2016 - Jun 2017    Fellowship in Addiction Psychiatry, University of California in San Francisco, San Francisco, CA

Jul 2012 - Jun 2016    Residency in Adult Psychiatry, Department of Psychiatry and Human Behavior, The Warren Alpert Medical School of Brown University, Providence, RI
2013-2016: Research Track,
2015-2016: Leadership in Education and Administration Program (LEAP) Track

Jul 2010 - Jun 2012    Postgraduate research assistant, University of Pittsburgh Medical Center - Western Psychiatric Institute and Clinic, Pittsburgh, PA

## LICENSURE AND BOARD CERTIFICATION

Sept 2019 - Present    American Board of Psychiatry and Neurology, Specialty: Forensic Psychiatry, Certificate number: 2397

Jan 2019 - Present    American Board of Preventive Medicine, Specialty: Addiction Medicine, Certificate number: 61-4147

Oct 2018 - Present    American Board of Psychiatry and Neurology, Specialty: Addiction Psychiatry, Certificate number: 2534

4

Elie G. Aoun, M.D.

Oct 2017 - Present    American Board of Psychiatry and Neurology, Specialty: Psychiatry, Certificate number: 72324

Apr 2017 - Apr 2022    Medical Review Officer, Certification number: 17-12184

Jan 2017 - May 2026    New York State Unrestricted Medical License, License number: 287660

Jun 2016 - Jun 2022    California Unrestricted Medical License, License number: A-143025

Apr 2015 - Jun 2016    Rhode Island Unrestricted Medical License, License number: MD-14970

May 2012 - Jun 2015    Rhode Island Limited Medical License, License number: LP-02517

Feb 2011 - Present    Educational Committee for Foreign Medical Students certification, License number: 0-808-672-0

## HONORS AND AWARDS

Dec 2025 – Nov 2027    Appointed Member-At-Large and Member of the Executive Council, American Academy of Addiction Psychiatry Board of Directors

May 2026    Manfred S. Guttmacher Award for Outstanding Contributions to the Literature of Forensic Psychiatry, American Psychiatric Association, APA Foundation and American Academy of Psychiatry and the Law

Nov 2025    Dedication and Leadership Award, American Academy of Addiction Psychiatry

Dec 2023 – Nov 2025    Appointed Scientific Program Chair and Member of the Board of Directors, American Academy of Addiction Psychiatry Board of Directors

Oct 2023 – Oct 2026    Appointed Councilor for Underrepresented and Minority Affairs, Executive Council for the American Academy of Psychiatry and the Law

Feb 2023    Inducted Fellow of the American College of Psychiatrists

May 2021 – May 2024    ECP Trustee-At-Large of American Psychiatric Association Board of Trustees, APA

Jan 2021    Inducted Fellow of the American Psychiatric Association (FAPA), APA

Mar 2019    APA Federal Advocacy Conference Scholarship, APA

Dec 2016 - Nov 2018    AAAP trainee representative to the Board of Directors, AAAP

Jun 2016 - May 2018    APA - SAMSHA Substance Abuse and Minority Fellowship awardee, APA

5

Elie G. Aoun, M.D.

| | |
|---|---|
| Mar 2016 | Stepping Up /APEX (American Psychiatric Excellence) National Summit Travel Award, APA |
| Mar 2016 | AADPRT International Medical Graduate award, AADPRT |
| Jun 2015 - May 2016 | ACORF mentor, APA Assembly Committee On Residents and Fellows, APA |
| Jun 2014 - May 2016 | Group for the Advancement of Psychiatry Fellowship awardee, GAP |
| Dec 2014 | AAAP Regional Travel Award, AAAP |
| Jun 2014 - May 2016 | American Psychiatric Leadership Fellowship Awardee, APA |
| Jul 2014 - Jun 2015 | R25 Grant Awardee for the Brown University Psychiatry Training - Research Track, National Institute of Mental Health (R25MH101076), Brown University |
| Jun 2013 - May 2015 | Area I RFM representative to the assembly, APA |
| May 2010 | Best Oral Presentation and Best Original Work, Lebanese National Research Day, Alpha Omega Alpha - Lebanon Chapter |

## ACADEMIC SERVICE

### American Psychiatric Association:

May 2025 – May 2028 Committee on Bylaws

May 2025 – May 2028 APA/APA-Foundation Leadership Fellowship Selection Committee

May 2021 – May 2024 ECP Trustee-At-Large of the American Psychiatric Association Board of Trustees

May 2021 – May 2022 Systemic Racism Accountability Task Force

May 2021 – May 2022 Presidential Task Force on Social Determinants of Mental Health

Jun 2020 – May 2023  Scientific and Program Committee

Jun 2020 – May 2021  Scientific Poster Committee, **(Vice Chair)**

Jun 2020 – May 2021  Scientific Course Committee

Jun 2020 – May 2021  Scientific Subcommittee for Early Career Psychiatrists and Resident and Fellow Members

Elie G. Aoun, M.D.

Jun 2018 – May 2020  Council on Addiction Psychiatry, **(Vice Chair)**

May 2017 - May 2019  Council on Psychiatry and the Law workgroup on Civil Commitment for Substance Use Disorders, **(Co-Chair)**

Jun 2016 - May 2018  Council on Addiction Psychiatry, Early Career Psychiatrist council member

Jun 2014 - May 2016  Council on Addiction Psychiatry, Resident and Fellow Member council member

Jun 2015 - May 2016  APA Resident and Fellow Members Caucus, Communications Officer

Jun 2015 - May 2016  Assembly Mentorship workgroup

Jun 2015 - May 2016  Assembly Communications workgroup

Jun 2013 - May 2015  APA Assembly, Resident and Fellow Members Representative for Area I

Jun 2013 - May 2015  Assembly Committee of Resident and Fellow Members, Area I Representative

Jun 2014 - May 2015  Awards Committee

Jun 2014 - May 2015  Reference Committee Two - Advocating for the Profession

Jun 2013 - May 2014  Nominating Committee

Sept 2013  Advocacy Day, Rhode Island Representative


**American Academy of Addiction Psychiatry:**

Dec 2023 – Nov 2027  Member of the Board of Directors

Dec 2025 – Nov 2027  Member-At-Large and Member of the Executive Council

Jan 2014 - Present  Scientific and Program Committee **(Chair, 2023-2025; Co-Chair, 2018-2023; Associate Chair, 2016-2018)**

Jan 2015 - Present  Addictions and the Law Committee **(Co-Chair)**

Jan 2016 - Dec 2018  AAAP Board of Directors, Trainee Representative to the Board of Directors

Jan 2016 - Present  Workshop Selection Committee (Co-Chair, 2017-2019, Chair, 2019-2024, Member, 2024-Present)

Jan 2014 - Present  Public Policy Committee

Elie G. Aoun, M.D.

Jan 2014 - Dec 2019    Membership Committee

**American Academy of Psychiatry and the Law:**

Oct 2023 – Oct 2026    AAPL Executive Council, Councilor for Underrepresented and Minority Affairs

Oct 2020 - Present    Sex Offender Committee

Oct 2018 - Present    Program Committee

Oct 2017 – Oct 2023    Government Affairs Committee

Oct 2017 - Present    Judicial Action Committee

Oct 2016 - Present    Addiction Psychiatry Committee

Oct 2017 – Jan 2020    Diversity Committee

Oct 2016 - Oct 2019    Law Enforcement Liaison Committee

**American College of Psychiatrists:**

Mar 2024 - Feb 2027    Committee on Ethics

**American Medical Association:**

Mar 2018 - Jun 2020    Pain Care Task Force

**Accreditation Council for Graduate Medical Education (ACGME):**

Jan 2018 – Jul 2020    Psychiatry Residency Milestone 2.0 Workgroup member

**Columbia/Cornell, Albert Einstein, New York University, Rutgers University Forensic Psychiatry Fellowship Programs Consortium:**

April 2023 - Present    Social Justice Curriculum Module **(Co-Chair)**

**Group for the Advancement of Psychiatry:**

Jun 2014 - May 2016    Committee on Addictions

**Northern California Psychiatric Society:**

8

Elie G. Aoun, M.D.

Jul 2016 - Jun 2017    Committee on Addictions

**Rhode Island Psychiatric Society:**

Jun 2013 - May 2015    Rhode Island Psychiatric Society Council, Resident and Fellow Members Representative

**Center Alcohol and Addiction Studies, Brown University:**

Jul 2014 - Jun 2016    Research Study Physician and Mentor

**Brown University Psychiatry Residency:**

Jul 2012 - Jun 2016    Medical Students Education Committee **(Chair, 2015-2016)**

Jul 2012 - Jun 2016    Residency Curriculum Committee

Jul 2015 - Jun 2016    Neuropsychiatry Clerkship Steering Committee

Jul 2012 - Jun 2016    Policy and Graduate Medical Education Committee

Jul 2012 - Jun 2014    Residency Selection Committee

Jul 2012 - Jun 2016    Residency Social Committee

**Butler Hospital:**

Jul 2013 - Jun 2014    Pharmacy and Therapeutics Committee Resident Representative

Jul 2013 - Jun 2015    Institutional Review Board

**PROFESSIONAL ORGANIZATIONS AND SOCIETIES**
**National Organizations and Societies**

Nov 2021 - Present    American College of Psychiatrists (Inducted Fellow of the ACP February 2023)

Nov 2012 - Present    American Psychiatric Association (Inducted Fellow of the APA January 2021)

Mar 2013 - Present    American Academy of Addiction Psychiatry

Mar 2015 - Present    American Academy of Psychiatry and the Law

Elie G. Aoun, M.D.

May 2020 – May 2022  Association for the Treatment of Sexual Abusers

Dec 2012 – May 2024  American Gay and Lesbian Psychiatrists

Nov 2017 – May 2022  American Medical Association

Feb 2015 - Jan 2016  American Society of Addiction Medicine

Jun 2014 - May 2016  Group for the Advancement of Psychiatry

### Regional Organizations and Societies

Jul 2017 - Present  New York State Psychiatric Society

Jul 2017 - Present  New York County Psychiatric Society

Jun 2016 - Jul 2017  Northern California Psychiatric Society

Nov 2012 - Jun 2016  Rhode Island Psychiatric Society

### International Organizations and Societies

Jul 2010 - Jun 2017  American University of Beirut, Alumni Association

Jul 2007 - Jun 2016  Lebanese Medical Society

### Peer Reviewer

May 2025  Journal of Addiction Medicine, Ad Hoc reviewer

June 2023  Guidelines For Managing Substance Withdrawal in Jails. U.S. Department of Justice, Office of Justice Programs, Bureau of Justice Assistance, Ad Hoc reviewer. Accessible at: https://www.cossapresources.org/Content/Documents/JailResources/Guidelines_for_Managing_Substance_Withdrawal_in_Jails_6-6-23_508.pdf

May 2022  Journal of Addiction Medicine, Ad Hoc reviewer

February 2021  American Journal of Psychiatry, Ad Hoc reviewer

Nov 2020  Journal of Gay and Lesbian Mental Health, Ad Hoc reviewer

10

Elie G. Aoun, M.D.

Jan 2016 - Dec 2018    American Journal on Addictions, Ad Hoc reviewer

Mar 2014 - Jan 2018    Alcohol and Alcoholism, Ad Hoc reviewer

Nov 2017              PeerJ, Ad Hoc reviewer

May 2017             Addictive Behaviors Reports, Ad Hoc reviewer


## GRANT SUPPORT
### Past Grant Support


2016 - 2019    Mifepristone As A Pharmacological Intervention For Stress-Induced Alcohol Drinking
NIH/NIAAA (1K01AA023867-01); Five years of funding awarded
Role: Research Study Physician [FDA IND 121984 Holder: Haas-Koffler] (PI: Haass-Koffler)
Total direct support: $957,895


2016 - 2018    The Intersection of Mental Illness, Minority Status, and Policing
SAMHSA (SM060562-05); Two years of funding awarded
Role: APA - SAMHSA fellow
Total direct support: $25,560


2014 - 2016    Pilot Study On The Safety And Efficacy of Mifepristone For The Prevention Of Relapses Of Alcohol Drinking
Research Excellence Award CAAS, Brown University; Two years of funding awarded
Role: Research Study Physician [FDA IND 121984 Holder: Haas-Koffler] (PI: Haass-Koffler)
Total direct support: $15,000


2014 - 2015    Mental Health Research Grant
NIH/ MH (R25MH101076); Two years of funding awarded
Role: Psychiatry Resident (PI: Eisen and Phillips)


## EDUCATIONAL AND TRAINING CONTRIBUTIONS

2024 –Present    Structural Competence in Forensic Psychiatry - Social Conditions and Forensic Wellness: Challenges and Opportunities - Columbia/Cornell, Albert Einstein, New York University, Rutgers University Forensic Psychiatry Fellowship Programs Consortium (lecturing, 2.5 hours every year)

2025             The intersection of Addiction and Forensic Psychiatry in Clinical Practice – New York University Addiction Psychiatry Fellowship (lecturing, 1 hour)

Elie G. Aoun, M.D.

| | |
|---|---|
| 2025 | Problematic Sex Behaviors Assessment and Treatment - HMH Ocean University Medical Center/ Hackensack Meridian School of Medicine Forensic psychiatry Fellowship (lecturing, 2 hours) |
| 2024 –Present | Structural Competence in Forensic Psychiatry - Social Conditions and Forensic Wellness: Challenges and Opportunities - Columbia/Cornell, Albert Einstein, New York University, Rutgers University Forensic Psychiatry Fellowship Programs Consortium (lecturing, 2.5 hours every year) |
| 2020 –Present | Sexual Behavioral Rotation - Columbia University and Cornell University combined forensic psychiatry fellowship program (Forensic and clinical training and supervision of forensic psychiatry fellows, 2 hours every week) |
| 2022 –Present | Fundamental Skills in Forensic Psychiatric Evaluations: Post-Interview Case Processing - Columbia University and Cornell University combined forensic psychiatry fellowship program (lecturing, 2 hours every year) |
| 2020 – 2024 | Private Practice Forensic Psychiatric Evaluations (Criminal, Custody, Malpractice Matters) - Columbia University and Cornell University combined forensic psychiatry fellowship program (Forensic and clinical training and supervision of forensic psychiatry fellows, variable hours, 20 to 30 hours per year) |
| 2020 –Present | Forensic Custody Evaluations, High Conflict Divorces and Family Law - Columbia University and Cornell University combined forensic psychiatry fellowship program (lecturing, 2 hours every year) |
| 2018 –Present | Correctional Psychiatry Seminar - Columbia University and Cornell University combined forensic psychiatry fellowship program (lecturing, weekly hour-long seminar over 12 weeks, every year) |
| 2018 –Present | Addiction, Violence and Criminal Behavior - Columbia University and Cornell University combined forensic psychiatry fellowship program (lecturing, 2 hours every year) |
| 2021 – 2022 | Violence and Criminal Behavior in Persons with SUD – New York University addiction psychiatry fellowship program (lecturing, 1.5 hours) |
| 2021 | Violence and Criminal Behavior in Persons with SUD - Columbia University addiction psychiatry fellowship program (lecturing, 1.5 hours) |
| 2020 | Violence and Criminal Behavior in Persons with SUD - Yale University forensic psychiatry fellowship program (lecturing, 1.5 hours) |

Elie G. Aoun, M.D.

| | |
|---|---|
| 2018 -Present | Reading Seminar: Seminal Topics in Forensic Psychiatry. Seminar series - Columbia University and Cornell University combined forensic psychiatry fellowship program (lecturing, 1 hour twice every month) |
| 2018 | Quality Improvement and Root Cause Analysis in Psychiatric Practice. Seminar - Joint Orientation Session for all Columbia University Department of psychiatry residents and fellows (lecturing, 2 hours) |
| 2018 | Introduction to Forensic Psychiatry. Seminar presentation - Harlem Hospital psychiatry residency program (lecturing, 2 hours) |
| 2017 | The Role of Mineralocorticoid and glucocorticoid receptors in Alcohol Use Disorder. Seminar presentation - University of California in San Francisco psychiatry residency program (lecturing, 2 hours) |
| 2017 | The Gut in the Brain: The Role of Appetite Regulating Hormones in Alcohol Use Disorder. Seminar presentation - University of California in San Francisco psychiatry residency program (lecturing, 2 hours) |
| 2016 - 2017 | Tobacco Use and Smoking Cessation. Seminar presentation for second year medical students - University of California in San Francisco School of Medicine (small group facilitation, 2 hours every other month) |
| 2016 | Introduction to SBIRT, or How Non-Addiction Specialists Can Think of Addictions. Seminar presentation - University of California in San Francisco OB-GYN residency program (lecturing, 2 hours) |
| 2015-2016 | Addiction Psychiatry. Seminar presentation for second year medical students - Warren Alpert Medical School of Brown University (lecturing, 2 hours every month) |
| 2015 | The Use of Games in Teaching Psychopharmacology. Seminar presentation - Brown University psychiatry residency program (lecturing, 2 hours) |
| 2014-2015 | Emergency Psychiatry. Seminar presentation for second year medical students - Warren Alpert Medical School of Brown University (lecturing, 2 hours every other month) |
| 2013-2015 | Career Development-How to Get Involved? Seminar presentation - Brown University psychiatry residency program (lecturing, 2 hours every year) |
| 2013-2015 | Introduction to Psychopharmacology. Seminar presentation - Brown University psychiatry residency program (lecturing, 2 hours every year) |
| 2013-2015 | Psychiatric Emergencies Case Conference. Seminar presentation for third and fourth year medical students- Warren Alpert Medical School of Brown University (lecturing, 2 hours every other month) |

Elie G. Aoun, M.D.

2013-2014          Introduction to Depressive Disorders. Seminar presentation for second year medical students - Warren Alpert Medical School of Brown University (lecturing, 2 hours every other month)

## PUBLICATIONS
### Books

**2024**
1. **Aoun EG,** Pinals DA, Westreich L (2023). Addiction and the Law. American Psychiatric Association Publishing, Washington, DC

Awards:
- Recipient of the 2026 Manfred S. Guttmacher Award for Outstanding Contributions to the Literature in Forensic Psychiatry, by the American Psychiatric Association, APA foundation and the American Academy of Psychiatry and the Law

**2023**
2. Colon-Rivera H, **Aoun EG**, Vaezazizi L (2023). Psiquiatría de las adicciones (Spanish). Elsevier Espana Press

**2022**
3. Colon-Rivera H, **Aoun EG**, Vaezazizi L (2022). Addiction Psychiatric Medicine. Elsevier Press

4. American Psychiatric Association Board of Trustees (2022). Diagnostic and Statistical Manual 5th Edition, Text Revision, Steering Committee Chair: Paul S. Appelbaum. American Psychiatric Association Publishing, Washington, DC

**2021**
5. **Aoun EG,** Barbera ME, Cates-Wessel K, Fuehrlein B, Gingerich JD, Lyngar JD, Nadeau TL, Pinals DA, Reiber PL, Sevarino KA, Steel CR, Westreich L. (2021). Cultivating Law and Medicine Partnerships to Support Justice-Involved Individuals with Substance Use Disorders. American Academy of Addiction Psychiatry, Substance Abuse and Mental Health Services Administration, National Center for State Courts, State Justice Institute

### Original Peer Reviewed Research Publications

**2023**
1. Haass-Koffler C, Mangill M, Cannella N, Brown JC, **Aoun EG**, Cioe PA, Sinha R, Swift R, Ciccocioppo R, Leggio L. (2023) Mifepristone as a pharmacological intervention for stress-induced alcohol craving: A human laboratory study. Addiction Biology. 28(7); e13288

**2021**
2. Kinzie JM, DeJong SM, Edgar L, Houston LJ, Janssen F, Macaluso M, **Aoun EG,** Bowen L, Keepers G, Bentman AL, Cowley DS. (2021) Psychiatry Milestones 2.0: Using the Supplemental Guide to Create a Shared Model of the Development of Professional Identity and Expertise. Acad Psychiatry. doi: 10.1007/s40596-021-01455-6. Epub ahead of print.

**2020**

Elie G. Aoun, M.D.

3. **\*Aoun EG**, Porta G, Melhem NM, Brent DA. (2020) Prospective Evaluation of the DSM-5 Persistent Complex Bereavement Disorder Criteria in Adults: Dimensional and Diagnostic Approaches. Psychological Medicine. (16); 1-10.

4. AMA Pain Care Task Force. (2020) Addressing Obstacles to Evidence-Informed Pain Care. AMA Journal of Ethics. 22(8); E709-717.

5. Macaluso M, Kinzie M, Cowley D, Houston LJ, DeJong S, Janssen F, Bentman A, Edgar L, Campbell B, Bowen L, Aronowitz J, **Aoun EG**, Santiago P, Keepers G. (2020) The Psychiatry Milestones 2.0: How did we get from 1.0 to 2.0 and what can users expect? Academic Psychiatry. 8; 1-6.

**2019**

6. **\*Aoun EG**, Appelbaum PS. (2019) Ten Years after the ADA Amendment Act (2008): The Relationship Between ADA Employment Discrimination and Substance Use Disorders. Psychiatric Services. 70 (7); 596-603.

**2018**

7. **\*Aoun EG**, Bazzi L. (2018) Addiction and the Law. American Journal on Addictions. 27; 56-57.

8. Virani S, **Aoun EG**, Genova N, Brainch N, Albuquerque Gomes C, Hurley B, Bazzi R. (2018) Decoding New York State's Prescription Monitoring Program. Psychiatric Services. 69 (9); 956-958.

**2017**

9. **\*Aoun EG**, Jimenez VA, Vendruscolo LF, Walter NAR, Barbier E, Ferrulli A, Haass-Koffler CL, Darakjian P, Lee MR, Addolorato G, Heilig M, Hitzemann R, Koob GF, Grant KA, Leggio L. (2017) Relationship Between the Aldosterone - Mineralocorticoid Receptor Pathway and Alcohol Drinking: Preliminary Translational Findings Across Rats, Monkeys and Humans. Molecular Psychiatry. 23 (6); 1466-1473.

Press Releases:
- NIDA IRP website - Featured Paper of the Month (November 2017): "November 2017 paper of the month. A relationship between the aldosterone-mineralocorticoid receptor pathway and alcohol drinking: preliminary translational findings across rats, monkeys and humans," https://irp.drugabuse.gov/featured-paper-november-2017/
- NIAAA website: https://www.niaaa.nih.gov/news-events/news-releases/nih-findings-link-aldosterone-alcohol-use-disorder
- NIH website: "NIH findings link aldosterone with alcohol use disorder," https://www.nih.gov/news-events/news-releases/nih-findings-link-aldosterone-alcohol-use-disorder

Article featured in (selected websites):
- NIAAA Spectrum, Volume 9(3), p. 2: "NIH Findings Link Aldosterone with AUD," https://www.spectrum.niaaa.nih.gov/archives/V9I3Sept2017/features/features-02.html

Elie G. Aoun, M.D.

- MedicalResearch.com: "Aldosterone-Mineralocorticoid Pathway Linked To Craving For Alcohol," https://medicalresearch.com/addiction/aldosterone-mineralocorticoid-receptor-pathway-linked-to-craving-for-alcohol/35957/
- CT Post: "Hormone    in the Body May Contribute    to Alcohol Abuse," http://www.ctpost.com/local/article/Hormone-in-the-body-may-contribute-to-alcohol-11293861.php
- Technology Networks: "Increasing Aldosterone Levels Drives Alcohol Seeking Behavior," https://www.technologynetworks.com/tn/news/nih-links-aldosterone-to-alcohol-use-disorder-290439
- Medscape Medical News. "Aldosterone Hormone Linked to Alcohol Use, Cravings," https://www.medscape.com/viewarticle/883369?src=rss
- Technology.org: "NIH findings link aldosterone with alcohol use disorder," https://www.technology.org/2017/07/18/nih-findings-link-aldosterone-with-alcohol-use-disorder/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%253A+TechnologyOrg+%2528Technology+Org+-+All+News%2529
- Medical Press: "Findings link aldosterone with alcohol use disorder," https://medicalxpress.com/news/2017-07-link-aldosterone-alcohol-disorder.html
- Endocrinology Advisor: "The Handoff: Your Week in Endocrinology News - 7/21/17," https://www.endocrinologyadvisor.com/home/topics/the-handoff/the-handoff-your-week-in-endocrinology-news-7-21-17/

**2015**

10. Haass-Koffler CL, **Aoun EG**, Swift RM, De La Monte SM, Kenna GA, Leggio L. (2015) Leptin Levels are Reduced by Intravenous Ghrelin Administration and Correlated with Cue-Induced Alcohol Craving. Translational Psychiatry. 29(5); e646.

Press Releases:
- NIDA IRP website: "Appetite Hormones Play a Role in Alcohol Dependence and Craving," NIDA, https://www.drugabuse.gov/news-events/latest-science/appetite-hormones-play-role-in-alcohol-dependence-craving

11. **\*Aoun EG**, Haass-Koffler C, Swift RM, Addolorato G, Kenna GA, Leggio L. (2015) Relationship Between the Thyroid Axis and Alcohol Craving. Alcohol and Alcoholism. 50(1); 24-29.

**2014**

12. **\*Aoun EG**, Christopher PP, Ingraham JW. (2014) Emerging Drugs of Abuse: Clinical and Legal Considerations. Rhode Island Medical Journal. 97(6); 41-45.

**2012**

13. Saba S, Mehdi H, Shah H, Islam Z, **Aoun E**, Termanini S, Mahjoub R, Aleong R, McTiernan C, London B. (2012) Cardiac Levels of NOS1AP RNA from Right Ventricular Tissue Recovered During Lead Extraction. Heart Rhythm Journal. 9(3); 399-404.

Elie G. Aoun, M.D.

14. Hashash JG, Zakhary L, **Aoun EG**, Refaat M. (2012) Heterotropic Mesenteric Ossification. Colorectal Disease Journal. 14(1); e29-30.

15. Hashash JG, Refaat M, **Aoun EG**, Baidoo L. (2012) Cytomegalovirus Colitis. Cleveland Clinic Journal of Internal Medicine. 79(1); 12-13.

**2010**

16. Musallam KM, Abi Saad GS, Majdalani MM, Muwakkit SA, Bou-Khalil PK, **Aoun EG**, Sawaya RA, Khalil I, Taher A. (2010) Use of Recombinant Activated Factor VII for Intractable Bleeding in Patients Without Hemophilia: A Developing Country Tertiary Care Center's Experience. Clin Appl Thromb Hemost. 16(6):658-662.

17. **\*Aoun EG**, Musallam KM, Abou-Ghazal M, Taher AT. (2010) Malignancy and hypercoagulability: a two-way association revisited. J Thromb Thrombolysis. 30(3); 340-341.

18. Musallam KM, **Aoun E**, Mahfouz R, Khalife M, Taher A. (2010) JAK2V617F and Prothrombin G20210A Gene Mutations in a Patient With Budd-Chiari Syndrome and Essential Thrombocythemia. Clin Appl Thromb Hemost. 16(4); 472-474.

**2009**

19. **\*Aoun EG**, Musallam KM, Uthman I, Beydoun A, El-Hajj T, Taher AT. (2009) Childhood Stroke in a Child with Familial Mediterranean Fever Carrying Several Prothrombotic Risk Factors. Lupus. 18(9); 845-847.

## Reviews, Chapters and Editorials

**2026**

1. **\*Aoun EG**, McCance-Katz E. (2026) Psychiatric Comorbidity, in Renner JA, Clement C, Suzuki J and Levounis P (eds.) Office-Based Buprenorphine Treatment of Opioid Use Disorder, Third Edition. APA Publishing, Washington, DC. *(in press)*

**2025**

2. **Aoun EG**, Bazzi, LR. (2025) Lesbian, Gay, Bisexual, and Transgendered Inmates, in Kapoor R, Tamburello T, Knoll J, Metzner J (eds.): Oxford Textbook of Correctional Psychiatry, Second Edition. Oxford University Press, Oxford, United Kingdom *(in press)*

**2024**

3. Bazzi, LR, **Aoun EG**. (2024) Impaired physicians: Understanding the causes, consequences and Effective Interventions. Directions in Psychiatry. 44(3); 163-176.

4. Bazzi, LR, **Aoun EG**. (2024) Psychotic Disorder Treatment with Co-existing Substance Use Disorder, in Elsevier Clinical Overviews. Elsevier Press. Accessible at: www.clinicalkey.com

Elie G. Aoun, M.D.

5. Jain, A, **Aoun EG**. (2024) Substance Use Disorder and the Law, in Weisser T, Zhong, R (eds.): Psychiatry and the Law: Basic Principles, Second Edition. Springer, New York, NY

6. Krueger RB, Kaplan MS, Briken P, Gijs L, **Aoun EG**. (2024) Paraphilic Disorders, in Tasman A, Riba,, Schulze, Ng, Alfonso, Alarcon, Tosevski, Kanba, Ndetei (eds.): Tasman's Psychiatry, Fifth Edition. Springer, New York, NY

7. Yarbrough E, **Aoun EG**, Drescher J. (2024) LGBTQ Individuals, in Tasman A, Riba,, Schulze, Ng, Alfonso, Alarcon, Tosevski, Kanba, Ndetei (eds.): Tasman's Psychiatry, Fifth Edition. Springer, New York, NY

**2023**

8. American Psychiatric Association Presidential Task Force on the Social Determinants of Mental Health (2023) Report of the Presidential Task Force on the Social Determinants of Mental Health. American Psychiatric Association Publishing

9. Ostermeyer BK, Hatters Friedman S, Friedman J, Beaman J, Kruse K, Sanders J, Manning T, **Aoun EG**, Wall B, Hughes B, Belcher R, Dike C. (2023) Insights From the 2022 AAPL Annual Meeting. Psychiatric Times. (40) 1; 18-19

**2021**

10. Fisher CE, **Aoun EG**, DeVido J, Morton I, Thomas A, Kidd J, Bahji A, Williams J, Bonnie R. (2021) Resource Document on Safe Consumption Facilities. APA Resource Document. Accessible at: https://www.psychiatry.org/File%20Library/Psychiatrists/Directories/Library-and-Archive/resource_documents/Resource-Document-2021-Safe-Consumption-Facilities.pdf

**2020**

11. *****Aoun EG**, Kim J. (2020) Forensic Addiction Psychiatry, in Brady KT, Leven FR, Galanter M, Kleber HD (eds.): The American Psychiatric Press Textbook of Substance Abuse, Sixth Edition. APA Publishing, Washington, DC.

12. Sullivan MA, Marzani G, Lewis C, Williams AR, Levin FR, Labins Z, Patkar A, **Aoun EG**. (2020) Addiction Treatment and Harm Reduction, in Sowers W, Ranz JM (eds.): Seeking Value: Balancing Cost and Quality in Psychiatric Care. APA Publishing, Washington, DC.

13. *****Aoun EG.** (2020) Media Persuasion in the Islamic State (Book Review). Journal of the American Academy of Psychiatry and the Law. 48(3); 415-416.

14. VanDercar AH, Jain A, Freitas C, **Aoun EG**. (2020) Fifty Years Post-Powell: Addiction and Culpability. American Academy of Psychiatry and the Law Newsletter. 45(1); 22-28.

15. **Aoun EG**, Bazzi L. (2020) Alcohol Use Disorder, in Duong T, Tamas R, Ureste P (eds.) Psychiatry Morning Report: Beyond the Pearls, 1st Edition. Elsevier, Philadelphia, PA.

**2019**

18

Elie G. Aoun, M.D.

16. Wall BW, **Aoun EG**. (2019) Diversity and Inclusion Within AAPL. Journal of the American Academy of Psychiatry and the Law. 47 (3); 274-277.

17. **\*Aoun EG**. (2019) Best Practices for Psychiatrists Treating Justice-Involved Populations with Co-Occurring Disorders. SAMHSA and Policy Research Associates Inc. co-publication.

**2018**

18. **\*Aoun EG**, Chao F. (2018) Substance Use Disorders in the LGBT Community, in Schneider JS, Silenzio VMB and Erickson-Schroth L (eds.): The GLMA Handbook on LGBT Health. ABC-Clio, Santa Barbara, CA.

19. **\*Aoun EG**, Schmidt K. (2018) Psychoneuroendocrinology and Addictions, in Danovitch I and Mooney L (eds.): The Assessment and Treatment of Addiction: Best Practices and New Frontiers. Elsevier, Philadelphia, PA.

20. **\*Aoun EG**, McCance-Katz E. (2018) Psychiatric Comorbidity, in Renner JA, Levounis P and LaRose AT (eds.) Office-Based Buprenorphine Treatment of Opioid Use Disorder. APA Publishing, Washington, DC.

21. Bazzi L, **Aoun EG**. (2018) Psychiatrists Can Play Vital Role in Stemming Opioid Crisis. Psychiatric News. Published online. Accessible at: https://psychnews.psychiatryonline.org/doi/full/10.1176/appi.pn.2018.4b33

**2017**

22. Levounis P, **Aoun EG**. (2017) Motivational Interviewing in Administration and Management, in Levounis P, Arnaout B and Marienfeld C (eds.): Motivational Interviewing in Clinical Practice. APA Publishing, Washington, DC.

23. **\*Aoun EG**, Gray K. (2017) Reflections on the State of Practicing Addiction Psychiatry. American Academy of Addiction Psychiatry Newsletter. 33(1); 10-12.

24. **\*Aoun EG**, Fusick A, Wagoner R. (2017) What's in a name? Deciphering the meaning of the word "addiction." American Academy of Psychiatry and the Law Newsletter. 2017 Apr; 42(2); 22-31.

25. **\*Aoun EG**, Bazzi L. (2017) Addiction and the Law. American Academy of Addiction Psychiatry Newsletter. 33(3); 16, 23.

**2016**

26. **\*Aoun EG**, Renner J, Drexler K, Hoge SK. (2016) Treatment of Substance Use Disorders in the Criminal Justice System. APA Position Statement. Accessible at: https://www.psychiatry.org/File%20Library/About-APA/Organization-Documents-Policies/Policies/Position-2016-Substance-Use-Disorders-in-the-Criminal-Justice-System.pdf

Elie G. Aoun, M.D.

**2015**

27. **\*Aoun EG,** Swift RM. (2015) Pharmacotherapy of Alcohol and Drug Dependence. Current Behavioral Neuroscience Reports. 2(1); 30-39.

28. **\*Aoun EG.** (2015) Addiction Training for the General Psychiatrist. American Academy of Addiction Psychiatry Newsletter. 31(3); 6.

**2014**

29. **\*Aoun EG**, Minhas HM, Hunt J. (2014) Synthetic Cannabinoids Use in the Adolescent Population. The Brown University Child and Adolescent Behavior Letter. 30(1);1-4.

30. **\*Aoun EG**, Connery HS. (2014) Enhancing Access to Comprehensive Health Care for Opioid Use Disorders. American Academy of Addiction Psychiatry Newsletter. 30(2); 14.

## Abstracts and Poster Presentations

**2016**

1. Bazzi L, **Aoun EG,** Genova NJ, Torres F. (2016) Decoding New York State's Prescription Monitoring Program. American Academy of Psychiatry and the Law Annual Meeting.

**2015**

2. Haass-Koffler CL, **Aoun EG**, Kenna GA, De La Monte SM, Swift RM, Leggio L. (2015) Exogenous Intravenous Ghrelin Administration Decreases Endogenous Serum Leptin Level and Increases Alcohol Craving. American Academy of Addiction Psychiatry Annual Meeting.

   Article featured in (selected websites):
   - Medscape Medical News: "Appetite-Regulating Hormones May Block Alcohol Cravings," https://www.medscape.com/viewarticle/855984

3. Haass-Koffler CL, **Aoun EG**, Kenna GA, De La Monte SM, Swift RM, Leggio L. (2015) Exogenous Intravenous Ghrelin Administration Decreases Endogenous Serum Leptin Level and Increases Alcohol Craving. Research Society on Alcoholism Annual Meeting.

**2014**

4. **\*Aoun EG**, Porta G, Melhem N, Brent D. (2014) Complicated Grief in Adults Bereaved by Sudden Death: Course Trajectories and Access to services, American Psychiatric Association Annual Meeting.

5. **\*Aoun EG**, Haass-Koffler C, Swift RM, Addolorato G, Kenna GA, Leggio L. (2014) The Significance of Thyroid Hormones as Biomarkers for Prognosis and Baclofen

Elie G. Aoun, M.D.

Treatment Response in Alcohol Dependent Patients, American Psychiatric Association Annual Meeting.

6.  **\*Aoun EG**, Haass-Koffler C, Swift RM, Addolorato G, Kenna GA, Leggio L. (2014) The Significance of Thyroid Hormones as Biomarkers for Prognosis and Baclofen Treatment Response in Alcohol Dependent Patients, Mind Brain Research Day - Brown University.

7.  Swift RM, **Aoun EG.** (2014) Acamprosate Effect Sizes Across Studies Are Negatively Correlated with the Amount of Assessments, Research Society on Alcoholism Annual Meeting.

8.  **\*Aoun EG**, Haass-Koffler C, Swift RM, Addolorato G, Kenna GA, Leggio L. (2014) The Role of Aldosterone and Cortisol in Alcohol Use Disorders in a Baclofen Treatment Study, American Society of Clinical Psychopharmacology Annual Meeting.

9.  **\*Aoun EG**, Haass-Koffler C, Swift RM, Addolorato G, Kenna GA, Leggio L. (2014) The Role of Aldosterone and Cortisol in Alcohol Use Disorders in a Baclofen Treatment Study, American Academy of Addiction Psychiatry Annual Meeting.

Recipient: 9th highest score of 200 submissions

**2013**

10. **\*Aoun EG**, Porta G, Melhem N, Brent D. (2013) Complicated Grief Trajectories in Spouses Bereaved by Sudden Death, Mind Brain Research Day - Brown University.

**Press, Interviews and Other Media**

**2025**

1.  Kratom Derivative Is the Latest 'Legal High' of Concern. *Psychiatric News.* https://www.psychiatryonline.org/doi/10.1176/appi.pn.2025.10.10.21

2.  Surgeon General Report Calls for Action on Smoking Inequities. *Psychiatric News.* https://psychiatryonline.org/doi/10.1176/appi.pn.2025.02.2.9

**2024**

3.  Ketamine: Miracle Drug or Double-Edged Sword? *Psychiatric News.* https://psychiatryonline.org/doi/10.1176/appi.pn.2024.11.11.13

4.  Legal Landscape Challenging for People With SUD. *Psychiatric News.* https://psychiatryonline.org/doi/10.1176/appi.pn.2024.08.8.5

**2023**

5.  Staying High and Feeling Low. *Medium. https://medium.com/advanced-reporting-the-city/staying-high-and-feeling-low-7a0006b4b307*

21

Elie G. Aoun, M.D.

6.  Addiction Treatment: Types, Medications, and Help for Families. *MedCentral News*. https://www.healthcentral.com/substance-abuse-and-addiction/addiction-treatment

7.  New Clinical Guidance on the Management of Stimulant Use Disorder. *Medscape Medical News*. https://www.medscape.com/viewarticle/998742

8.  College students can get free naloxone and fentanyl test strips from their schools to prevent drug overdoses. *Fox News*. https://www.foxnews.com/lifestyle/college-students-get-free-naloxone-fentanyl-test-strips-schools-prevent-drug-overdoses

9.  Look who's experimenting with marijuana today more than any other age group. *Fox News.*. https://www.foxnews.com/health/look-whos-experimenting-marijuana-today-more-age-group

10. FDA Approves Naloxone Nasal Spray for Over-the-Counter Sale. *Psychiatric News*. *https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2023.05.5.01*

11. A pill to curb binge-drinking? Researchers share promising results. *Fox News*. https://www.foxnews.com/health/pill-may-curb-binge-drinking-researchers-found

**2022**

12. The Strength and Value of Organized Psychiatry. *Psychiatric Times*. https://www.psychiatrictimes.com/view/the-strength-and-value-of-organized-psychiatry

13. World Mental Health Day: 'It's OK to ask for support or help'. *Fox News*. https://www.foxnews.com/health/world-mental-health-day-ok-ask-support-help

14. Can a Novel Med School Curriculum Curb the US Opioid Epidemic? *Medscape Medical News*. https://www.medscape.com/viewarticle/974439

15. How can clinicians best talk to patients with psychosis about cannabis use? *MedCentral News*. https://www.medcentral.com/meds/cannabinoids/how-should-psychiatrists-talk-to-patients-with-psychosis-about-cannabis-use

16. Amy Schumer reveals struggling with a disorder called trichotillomania: What is it? *Fox News*. https://www.foxnews.com/health/amy-schumer-struggling-disorder-trichotillomania

17. How should psychiatrists talk to patients with psychosis about cannabis use? *PsyCom.net*. https://pro.psycom.net/news-research/psychiatry-trivia/how-should-psychiatrists-talk-to-patients-with-psychosis-about-cannabis-use

18. Fallen soldier and devoted father lost in Afghanistan left legacy of true friendship. *Fox News*. https://www.foxnews.com/lifestyle/fallen-soldier-devoted-father-lost-afghanistan-legacy-true-friendship

19. Addiction Treatment: Types, Medications, and Help for Families. *PsyCom.net*. https://www.psycom.net/addiction-substance-abuse/addiction-treatment

Elie G. Aoun, M.D.

20. Insomnia in the time of COVID: Here's how you can sleep through the night. *New York Post.* *https://nypost.com/2022/01/17/insomnia-in-the-time-of-covid-heres-how-you-can-sleep-through-the-night/*

21. Family of former Miss USA Cheslie Kryst raises awareness of high-functioning depression after tragic death. *Fox News.* https://www.foxnews.com/health/family-former-miss-usa-cheslie-kryst-raises-awareness-high-functioning-depression-after-tragic-death

22. As millions suffer from 'COVID-somnia,' here's how you can sleep through the night. *Fox 5 New York.* https://www.fox5ny.com/news/as-millions-suffer-from-covid-somnia-heres-how-you-can-sleep-through-the-night

23. Are You Addicted To Marijuana? Take This Quiz. *PsyCom.net.* https://www.psycom.net/marijuana-addiction-quiz/

24. Gambling Addiction Test (Self-Assessment). *PsyCom.net.* https://www.psycom.net/gambling-addiction-test/#gamblingaddictionfaqs

**2021**

25. Marijuana Use Tied to Higher Odds for Thoughts of Suicide. *U.S. News.* https://www.usnews.com/news/health-news/articles/2021-06-22/marijuana-use-tied-to-higher-odds-for-thoughts-of-suicide

26. Finding Our Voice Podcast. *American Psychiatric Association Publishing.* https://psychiatryonline.org/finding-our-voice

27. Naltrexone and Bupropion Promising Combo for Meth Addiction. *Medscape Medical News.* https://www.medscape.com/viewarticle/944075

28. CDC: Record high drug overdose deaths in US at over 96,000 in 12-month period. *Fox News.* https://www.foxnews.com/health/record-high-drug-overdose-deaths-us

29. Drinks in the sunset years: Why the Queen has to start skipping her favorite martini. *Fox News.* https://www.foxnews.com/health/drinking-alcohol-old-age-queen-martini

**2020**

30. Recovering Addicts More at Risk of Risk of Relapse Amid Coronavirus, Experts Warn. *The Guardian.* https://www.theguardian.com/world/2020/mar/28/americans-addiction-rrelapse-coronavirus

31. How Harry Styles Is Getting Me Through 2020. *SLATE.* *https://slate.com/technology/2020/10/psychology-of-the-pandemic-crush.html*

32. More Are Turning to Pot When Depressed – But Does It Help or Harm? *U.S. News.* https://www.usnews.com/news/health-news/articles/2020-09-10/more-are-turning-to-pot-when-depressed-ndash-but-does-it-help-or-harm

Elie G. Aoun, M.D.

33. Coronavirus Pandemic May Lead to 75,000 "Deaths of Despair" From Suicide, Drug and Alcohol Abuse, Study Says. *CBS News*. https://www.cbsnews.com/news/coronavirus-deaths-suicides-drugs-alcohol-pandemic-75000/

34. Drug Overdoses Surge Due to Pandemic, Early Reports Show. *Psychiatric News*. https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2020.8a13

35. More Are Turning to Pot When Depressed – But Does It Help or Harm? *HealthDay*. https://consumer.healthday.com/mental-health-information-25/depression-news-176/more-are-turning-to-pot-when-depressed-ndash-but-does-it-help-or-harm-761080.html

36. COVID-19 Pandemic May Lead to 75,000 'Deaths of Despair.' *U.S. News*. https://www.usnews.com/news/health-news/articles/2020-05-08/covid-19-pandemic-may-lead-to-75-000-deaths-of-despair

37. Researchers Are Warning of New Health Crisis of 'Deaths of Despair' Stemming From the Pandemic. *The Week*. https://theweek.com/speedreads/913429/researchers-are-warning-new-health-crisis-deaths-despair-stemming-from-pandemic

38. Coronavirus Pandemic May Lead to 75,000 "Deaths of Despair" from Suicide, Drug and Alcohol Abuse, Study Says. *NewsBreak*. https://www.newsbreak.com/news/0P0KgoqT/coronavirus-pandemic-may-lead-to-75000-deaths-of-despair-from-suicide-drug-and-alcohol-abuse-study-says

39. Report: COVID-19 Likely to Produce 75,000 'Deaths From Despair' (Suicides, Substance Abuse). *AnalysingAmerica*. https://m.analyzingamerica.org/report-covid-19-likely-produce-75000-deaths-despair-suicides-substance-abuse/

40. Pandemic May Lead to 75,000 Deaths From Suicide, Drug and Alcohol Abuse, Study Says. *WVLT TV*. https://www.wvlt.tv/content/news/Pandemic-may-lead-to-75000-deaths-from-suicide-drug-and-alcohol-abuse-study-says--570321021.html

41. Coronavirus Shutdowns Could Lead To 75,000 'Deaths Of Despair,' Study Says. *Inquistr*. https://www.inquisitr.com/6041991/coronavirus-shutdowns-deaths-despair/

42. The Coronavirus Lockdown: What About Deaths of Despair. *ThyBlackMan*. http://thyblackman.com/2020/05/14/the-coronavirus-lockdown-what-about-deaths-of-despair/

43. COVID19 Pandemic May Lead to 75000 Deaths of Despair. *Community Healthcare Systems ComHS.org*. https://www.comhs.org/about-us/newsroom/health-library/2020/05/08/covid19-pandemic-may-lead-to-75000-deaths-of-despair

44. COVID-19 Pandemic Could Result in 75,000 'Deaths of Despair'. *Danilfineman.com*. https://danilfineman.com/covid-19-pandemic-may-lead-to-75000-deaths-of-despair/

Elie G. Aoun, M.D.

45. The Heartbreaking Struggle to Stay Sober Under Lockdown. *Medium – Elemental.* https://elemental.medium.com/the-heartbreaking-struggle-to-stay-sober-under-lockdown-e3aa4989deb3

46. Telemedicine Is Not Enough. *Gizmodo.* https://gizmodo.com/telemedicine-is-not-enough-1842880020

47. Drinking During Self-Quarantine: How Much Is Too Much? *Them.* https://www.them.us/story/am-i-drinking-too-much-alcohol-quarantine-coronavirus?

48. COVID-19: An Opportunity, Challenge for Addiction Treatment. *Medscape Medical News.* https://www.medscape.com/viewarticle/929600?

49. Marijuana Use Continues to Grow in Older Adults. *Medscape Medical News.* https://www.medscape.com/viewarticle/925762

50. Larry Elder: Coronavirus lockdown casualties – 'despair' may cause more damage than COVID-19. *Fox News.* https://www.foxnews.com/opinion/coronavirus-lockdown-casualties-deaths-despair-larry-elder

51. Fewer Opioid Deaths May Be Due to suicide than Previously Estimated. *Psychiatric News.* 55(5). https://psychnews.psychiatryonline.org/doi/full/10.1176/appi.pn.2020.2a30

52. Sobering News for the Sober Curious? *PsyCom.net.* https://www.psycom.net/sober-curious

53. Review Highlights Need to Examine Mood in Treating Alcohol Problems. *Alcoholism and Drug Abuse Weekly.* 32(4). https://onlinelibrary.wiley.com/doi/abs/10.1002/adaw.32603

54. Suicide Attempts Involving Gabapentin, Baclofen Rising. *Psychiatric News.* 55(2). https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2020.1b10

**2019**

55. South Dakota's Campaign 'On Meth' Misses Opportunity. *Psychiatric News.* 54(24). https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2019.12b32

56. Patients and Psychiatrists Alike Face Hurdles in Buprenorphine Prescribing. *Psychiatric News.* 54(21). https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2019.11a1

57. APA Pushes to Reform Outdated Regulation Jeopardizing Care for SUD Patients. *Psychiatric News.* 54(15). https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2019.8a25

58. Psychiatry Side Gigs Build Career Skills, Boost Income. *Psychiatric News.* 54(14). https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2019.7a16

59. FDA Cautions Against Abruptly Stopping Patients' Opioids. *Psychiatric News.* 54(10). https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2019.5b24

Elie G. Aoun, M.D.

60. Physicians Say Health Plans, Prior Authorizations Distract Doctors, Cheat Patients. *Psychiatric News.* 54(6). https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2019.3b16

61. Access to Pharmacy-Provided Naloxone Remains a Challenge. *Psychiatric News.* 54(2) https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2019.1a10

**2018**
62. Justice Dept. Threatens Action Against Planned Safe Injection Sites. *Psychiatric News.* 53(19). https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2018.10a12

63. Addressing the Opioid Epidemic: Psychiatrists Are Poised to Lead. *MD Edge.* https://www.mdedge.com/psychiatry/article/165461/addiction-medicine/video-addressing-opioid-epidemic-psychiatrists-are

64. Psychiatrists Can Play Vital Role in Stemming Opioid Crisis. *Psychiatric News.* 53(8). https://psychnews.psychiatryonline.org/doi/full/10.1176/appi.pn.2018.4b33

65. Risk of Alcohol Use Disorder Rises When Spouse is Diagnosed. *Psychiatric News.* 53(7). https://psychnews.psychiatryonline.org/doi/full/10.1176/appi.pn.2018.3b6

**2017**
66. The cultural perceptions of prescription and illicit drug addiction." *Addiction Now.* https://www.drugaddictionnow.com/2017/01/26/cultural-perceptions-prescription-illicit-drug-addiction/

67. Second Injectable Buprenorphine Product Shows Promise. *Medscape Medical News.* https://www.medscape.com/viewarticle/890463

68. Alcohol Abuse: Craving Scores, Early-Age Drinking Predict Relapse Risk. *Medscape Medical News.* https://www.medscape.com/viewarticle/890120

**2015**
69. Appetite-Regulating Hormones May Block Alcohol Cravings. *Medscape Medical News.* https://www.medscape.com/viewarticle/855984

## PRESENTATIONS
### National presentations

2025          Cases in Forensic Addiction Psychiatry. American Academy of Addiction Psychiatry, Webinar (Invited Session Chair).

2025          A Step-by-Step Guide to Forensic Evaluations for the Addiction Psychiatrist. American Academy of Addiction Psychiatry, Webinar (Session Chair).

Elie G. Aoun, M.D.

| | |
|---|---|
| 2025 | Diversity, Equity, and Inclusion in an Era of Controversy. American Academy of Psychiatry and the Law Annual Meeting (Workshop Speaker). |
| 2025 | New Horizons in Addiction and the Law. American Academy of Psychiatry and the Law Annual Meeting (Workshop Speaker). |
| 2024 | Forensic Aspects of Addiction: New Horizons in Addiction and the Law. American Academy of Addiction Psychiatry Annual Meeting (Session Chair). |
| 2024 | Addressing Social Determinants of Mental Health in Psychiatric Practice Convening. American Psychiatric Association (Course Moderator). |
| 2024 | Can't Stop?... Won't Stop? . . . Legal and Ethical Considerations of Behavioral Addictions. American Academy of Psychiatry and the Law Annual Meeting (Workshop Speaker). |
| 2024 | Mental Health and SUD: Working with LGBTQ+ Individuals. Providers Clinical Support System – Medications for Opioid Use Disorder Program (Invited Session Chair). |
| 2024 | New Horizons in Addiction and the Law. American Psychiatric Association Annual Meeting (Workshop Speaker). |
| 2024 | Breaking the Stigma: Psychiatrist's Role in Sex Offender Treatment. American Psychiatric Association Annual Meeting. |
| 2023 | Challenges for International Medical Graduates (IMGs) in Psychiatry in 2023: Top Issues and Solutions. American Psychiatric Association (Workshop Speaker). |
| 2022 | LGBTQIA Issues in the Criminal Justice & Corrections Systems. American Academy of Psychiatry and the Law (Workshop Chair). |
| 2022 | Supporting ECPs and RFMs in Their Careers and Beyond. American Psychiatric Association (Workshop Speaker). |
| 2022 | Supporting IMGs Throughout Their Careers. American Psychiatric Association (Workshop Speaker). |
| 2021 | Town Hall on Increasing LGBTQ+ Equity in AAPL. American Academy of Psychiatry and the Law (Session Moderator). |
| 2021 | Challenges in Prescribing Controlled Substances During the COVID-19 Pandemic. Psych Congress – Elevate (Workshop Chair). |
| 2021 | The Role of Psychopharmacology in Arousal Management for Individuals Committed of Sexual Offenses. Association for the Treatment of Sex Abusers Annual Meeting (Workshop Chair). |

Elie G. Aoun, M.D.

2021    How Cultural Competence Can Reduce Bias and Improve Psychiatric Care for Marginalized Groups. Association for Gay and Lesbian Psychiatrist (Workshop moderator).

2021    Interdisciplinary Perspectives on Psychopharmacological Education. American Psychiatric Association Annual Meeting (Workshop Chair).

2021    Through the Looking Glass: Lessons Learned on the Campaign Trail and Exploring the Future of APA Elections. American Psychiatric Association Annual Meeting (Workshop speaker).

2021    Our Vision for the APA. American Gay and Lesbian Psychiatrists Association (Workshop speaker).

2021    Psychiatry Side Gigs: How and Why Psychiatrists Are Supplementing Their Income. American Psychiatric Association Annual Meeting (Workshop speaker).

2020    Sex, Drugs and Rock and Roll in LGBTQ+ Communities. American Gay and Lesbian Psychiatrists Association (Workshop Chair).

2020    Angels of History by Rabih Alameddine Book Discussion. American Gay and Lesbian Psychiatrists Association (Workshop Chair).

2020    Violence and Criminal Behavior in Persons with SUD. American Psychiatric Association Annual Meeting (Workshop Chair).

2020    The "Other" Kind of Breakdown: Identifying and Overcoming Barriers and Delivering Effective Psychiatric Care. American Psychiatric Association Annual Meeting (Workshop speaker).

2020    Psychiatry Side Gigs: How and Why Psychiatrists Are Supplementing Their Income. American Psychiatric Association Annual Meeting (Workshop speaker).

2020    The Impostor Syndrome: International Medical Graduates Navigating Immigration Challenges and Beyond. American Psychiatric Association Annual Meeting (Workshop speaker).

2020    True Intimacy: An Expert Discussion About Recovery and Healthy Sexuality. Chrysalis Way (Workshop speaker).

2019    Hormones, Highs & Treatment Horizons: Neuroendocrine Targets in Substance Use Disorders. American Academy of Addiction Psychiatry Annual Meeting (Workshop speaker).

2019    Treating Pain During the Opioid Epidemic: A Paradox Facing Addiction Psychiatrists. American Academy of Addiction Psychiatry Annual Meeting (Workshop speaker).

| | |
|---|---|
| 2019 | Recognizing and Addressing Stigma in Addiction Psychiatric Practice. American Academy of Addiction Psychiatry Annual Meeting (Workshop speaker). |
| 2019 | Drug Crises: Impact on Professional Autonomy and Standards of Care. American Academy of Psychiatry and the Law Annual Meeting (Workshop speaker). |
| 2019 | 50 Years Post-Powell: Addiction and Culpability. American Academy of Psychiatry and the Law Annual Meeting (Workshop speaker). |
| 2019 | Can Addicts Stop Using? A Review of the Roles of Morality and Neuroscience in Shaping the Free Will—Determinism Duality in Substance Use Disorders. Institute for Psychiatric Services Annual Meeting (Chair - Invited Presentation). |
| 2019 | Leveraging Intergenerational Differences and Strengths: Leadership Development, Education, and Patient Care. Institute for Psychiatric Services Annual Meeting (Invited Workshop speaker). |
| 2019 | The Impostor Syndrome: International Medical Graduates Navigating Immigration Challenges and Beyond. Institute for Psychiatric Services Annual Meeting (Workshop speaker). |
| 2019 | Psychiatrists and Law Enforcement Agencies: When Do We Really Have to Tell on our Patients? American Psychiatric Association Annual Meeting (Workshop speaker). |
| 2019 | Physician Health Programs (PHPs): Battling Burnout, Combating Stigma, and Empowering Physicians to Be Great Again. American Psychiatric Association Annual Meeting (Workshop speaker). |
| 2019 | Behavioral Addictions: The Latest Meme or a Real Thing? American Psychiatric Association Annual Meeting (Workshop speaker). |
| 2019 | The Impostor Syndrome: International Medical Graduates Navigating Immigration Challenges and Beyond. American Psychiatric Association Annual Meeting (Workshop speaker). |
| 2019 | Psychiatry Side Gigs: How and Why Psychiatrists Are Supplementing Their Income. American Psychiatric Association Annual Meeting (Workshop speaker). |
| 2018 | Addictions, Violence and Criminal Recidivism: Unweaving a Tangled Web. American Academy of Addiction Psychiatry Annual Meeting (Workshop Chair). |
| 2018 | Psychologically-Integrated Approaches to Pain Management- The Opioid Safety Project Webinar Series. AMA/Telligen QIN-QIO Collaboration (Session Chair). |
| 2018 | Recent Cases, and Why They Matter. American Academy of Psychiatry and the Law Annual Meeting (Workshop speaker). |

Elie G. Aoun, M.D.

2018    Psychiatrists at the Helm of the Opioid Epidemic. Presidential Forum. American Psychiatric Association Annual Meeting (Chair - Invited Presidential Symposium).

2018    Legal and Ethical Issues of Pregnancy Management in Schizophrenics: The Dilemma of Affording Autonomy Versus Beneficence. American Psychiatric Association Annual Meeting (Workshop speaker).

2017    MAT and Behavioral Strategies to Treat Adolescents with SUD. American Psychiatric Association Annual Meeting (Workshop Co-Chair).

2017    Substance Use Disorders and the Criminal Justice System. Institute for Psychiatric Services Annual Meeting (Chair - Invited Presentation).

2017    Forensic issues in addiction psychiatry: testing, treating, clearing, diverting and committing. American Academy of Addiction Psychiatry Annual Meeting (Workshop Chair).

2016    Psycho-Neuro-Endocrinology of Addictions: A Clinical Prospective. American Academy of Addiction Psychiatry Annual Meeting (Symposium Chair).

2016    Standing up to Violence in Police Encounters: The Players, the Victims, the Trauma and the Solutions. American Psychiatric Association Annual Meeting (Workshop Chair).

2016    The Practice of Addiction Medicine with Lesbian, Gay, Bisexual and Transgender Patients. American Society of Addiction Medicine Annual Meeting (Workshop speaker).

2016    The Clinical Evaluation and Management of Substance Use Disorders in Transgender Patient Populations. American Psychiatric Association Annual Meeting (Workshop Co-Chair).

### Regional Presentations

2025    Article 10, STARC, and the Management of Individuals Who Committed Sexual Offenses - Seminar on Legal and Ethical Issues in Psychiatry – Columbia University Division of Law, Ethics and Psychiatry (Invited Speaker).

2025    Substance Use Disorders in Justice Involved Populations – Mid Hudson Forensic Psychiatric Center Grand Rounds (Invited Speaker).

2025    Article 10 Medication Management Overview For Psychiatric Examiners – New York State Office of Mental Health Division of Forensic Services Staff Seminar Series (Invited Speaker).

2024    Medication Management for Individuals Who Sexually Offend – New York State Office of Mental Health Division of Forensic Services Staff Seminar Series (Invited Speaker).

Elie G. Aoun, M.D.

| | |
|---|---|
| 2023 | Utilizing Various Tools in High Conflict Custody Cases, Including Substance Abuse, Mental Illness, Hostile Parents, and Strained Communications – New York State Bar Association – Family Law Section Summer Meeting (Invited Speaker). |
| 2023 | Addiction and Substance Abuse in Custody Cases: Assessing, Monitoring, and Determining Best Pathways for the Health and Safety of Children – New York State Bar Association – Family Law Section Summer Meeting (Invited Speaker). |
| 2023 | Drug and Alcohol in Divorces – New York City Bar; Family Court and Family Law Committee (Invited Speaker). |
| 2020 - 2023 | People Convicted of Sexual Offenses. Facts, Assessment, Treatment and Management – Center for Urban Community Services (Invited Speaker). |
| 2022 | Violence and Criminal Behavior in Persons with SUD – Medical College of Georgia Psychiatry Rounds (Invited Grand Rounds Speaker). |
| 2022 | Violence and Criminal Behavior in Persons with SUD – University of Texas Rio Grande Psychiatry Rounds (Invited Grand Rounds Speaker). |
| 2020 | Violence and Criminal Behavior in Persons with SUD - Yale University Forensic Psychiatry Rounds (Invited Speaker). |
| 2020 | Violence and Criminal Behavior in Persons with SUD – UCLA Kedren Community Mental Health Center Grand Rounds (Invited Speaker). |
| 2020 | Violence and Criminal Behavior in Persons with SUD – Rutgers University Psychiatric Grand Rounds (Invited Speaker). |
| 2020 | The Psychopharmacology and MAT: Medications, Diagnosis and Therapy – 2020 Oregon State Virtual Conference. National Association of Drug Court Professionals (Keynote Speaker). |
| 2020 | Violence and Criminal Behavior in Persons with SUD. Clinical Rounds – Special Edition. National Institute on Drug Abuse (Invited Grand Rounds Speaker). |
| 2020 | SAMHSA's GAINS Center Community of Practice: Using the Sequential Intercept Model (SIM) to Guide Medication Assisted Treatment Implementation – Funding and Healthcare Reimbursement Issues Related to MAT Implementation in Jail-Based Settings. (Invited Discussant). |
| 2020 | MAT: Medications, Diagnosis and Therapy – 2020 Statewide Conference in Charleston, SC. National Association of Drug Court Professionals (Keynote Speaker). |
| 2020 | Substance Use and the Justice System – Sweet Institute. (Invited Speaker). |

31

Elie G. Aoun, M.D.

2019     Addiction, Violence and Criminal Behavior. Mount Sinai - Beth Israel Department of Psychiatry (Invited Grand Rounds Speaker).

2019     The Eight Guiding Principles for Behavioral Health and Criminal Justice - Site: Montgomery; Jefferson County. SAMHSA/GAINS Center and Policy Research Associates Collaboration (Session Moderator).

2019     Using Medication Assisted Treatment in Treatment Courts - Developing an MAT Protocol Training for Drug Court Judges - Lansing, Michigan. National Association of Drug Court Professionals (Keynote Speaker).

2019     Addiction, Violence and Criminal Behavior in Persons with SUD – Sweet Institute (Invited Speaker).

2018     National Association of Drug Court Professionals Training on Medication Assisted Treatment of Substance Use Disorders. Seminar presentation - Springfield, Missouri - National Association of Drug Court Professionals (Keynote Speaker).

2017     Hormonal Considerations in Alcohol Use Disorder: Novel Treatment Approaches for Alcohol Use Disorder. San Francisco Veterans Administration Medical Center - Addiction and Recovery Services Faculty Development Seminar Series (Seminar Speaker).

2017     The ASAM Treatment of Opioid Use Disorder Course (Including Buprenorphine Waiver Qualifying Requirements) University of California in San Francisco Medical School Faculty (Course Faculty).

2015     A Discussion on the Recreational and Medical Uses of Marijuana. Department of Psychiatry and Human Behavior at the Warren Alpert Medical School of Brown University (Sponsored by an American Academy of Addiction Psychiatry Regional Travel Grant) (Seminar Speaker).

2015     Opioid Use Disorder: Revisiting the Classical Neurobiological Model. McLean Hospital, Borden Cottage (Invited In-Service Rounds Speaker).

2013     Comorbid OCD and Mood Disorders. Integrated Clinical Case Conference. Department of Psychiatry and Human Behavior – Brown University (Seminar Speaker).