**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

August 17, 2026

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**RE: United States v. Christine Hunsicker, 25 Cr. 318 (JPO)**

Dear Judge Oetken:

The Government respectfully writes in advance of sentencing, currently scheduled for August 20, 2026, to submit three additional victim statements that the Government received after filing its sentencing submission in this matter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: Alexandra Rothman
Marguerite B. Colson
Alexandra N. Rothman
Assistant United States Attorneys
(212) 637-2587 | -2580

Enclosures